UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CROSBY TUGS, L.L.C.** | CIVIL ACTION |
| **VERSUS** | NO: 11-743 |
| **THE MISSISSIPPI QUEEN, and its appurtenances, etc.,** *in rem*, **and ARGOSY BOAT CO., L.L.C.,** *in personam* | SECTION |
| | JUDGE |
| | MAGISTRATE JUDGE |

**VERIFIED COMPLAINT**

THE COMPLAINT of CROSBY TUGS, L.L.C. against the MISSISSIPPI QUEEN, her appurtenances, etc., *in rem*, and against ARGOSY BOAT CO., L.L.C., *in personam*, asserting admiralty and maritime claims within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and Rule (C) of the Supplemental Rules for Certain Admiralty and Maritime Claims, avers upon information and belief:

I.

At all times material hereto, Plaintiff Crosby Tugs, L.L.C. (hereinafter "Crosby") was and is a limited liability company duly organized and existing under and by virtue of the laws of the State of Louisiana, with its principal place of business in Golden Meadow, Louisiana.

II.

At all times material hereto, Defendant Argosy Boat Co., L.L.C. (hereinafter "Argosy"), was and is a business entity duly organized and existing under and by virtue of the laws of the State of Louisiana, with its principal place of business in Pierre Part, Louisiana.

III.

At all times material hereto, the MISSISSIPPI QUEEN, Official No. 972893, is an inspected passenger vessel, of approximately one hundred seventy-two and eight-tenths feet (172.8') in length, forty-six and four-tenths feet (46.4') wide, and eleven and one-tenth feet (11.1') in depth.  The MISSISSIPPI QUEEN is currently located in Pierre Part, Louisiana and is subject to the jurisdiction of this Honorable Court.

IV.

On March 27, 2011, Argosy contracted with Crosby for the services of Crosby's vessels the M/V CROSBY RENEGADE, M/V WEBB CROSBY, AND M/V AARON JOSEPH to assist the MISSISSIPPI QUEEN from Algiers locks to the Port Allen locks, each Crosby vessel to provide its own start time and rate schedule.  *Contract dated March 27, 2011,* Exhibit 1.  The agreement included a term which required Argosy to wire payment of the entire amount due to Crosby within twelve hours after delivery of the MISSISSIPPI QUEEN to its destination at the Port Allen locks.

V.

On March 28, 2011, Argosy and Crosby amended their prior agreement to add the CROSBY ENTERPRISE as an additional vessel to work as directed to assist the MISSISSIPPI QUEEN from Algiers locks to Port Allen locks.  *Contract dated March 28, 2011,* Exhibit 2. The agreement was also amended to reflect additional service time and rate charges contemplated by the parties.  The agreement included the same term which required Argosy to wire transfer payment of the total amount due to Crosby within twelve hours after delivery of the Mississippi Queen.

VI.

Crosby began service to assist the MISSISSIPPI QUEEN at 2100 hours on March 26, 2011. Crosby's vessels delivered the MISSISSIPPI QUEEN to the Port Allen locks on March 31, 2011, as contracted by the parties on March 28, 2011.

VII.

On March 31, 2011, Crosby issued Invoice No. 3188 to Argosy, which reflects the charges associated for the services of the M/V CROSBY RENEGADE, M/V WEBB CROSBY, M/V AARON JOSEPH, M/V CROSBY ENTERPRISE for towage of the MISSISSIPPI QUEEN from Algiers locks to Port Allen locks, in the amount of $422,797.50 . *Invoice No. 3188,* Exhibit 3. Argosy did not tender payment within twelve hours of delivery of the MISSISSIPPI QUEEN, nor have they tendered payment as of this date.

VIII.

Crosby is entitled to a maritime lien for the professional services rendered and associated costs in the amount of $422,797.50, plus interest, as nearly as can be presently ascertained, against the MISSISSIPPI QUEEN and its appurtenances.

IX.

Argosy, *in personam*, owes Crosby $422,797.50 for the professional services rendered and associated costs, plus interest, as nearly as can be presently ascertained.

X.

The arrest of the barge MISSISSIPPI QUEEN is necessary for Crosby to secure a maritime lien to guarantee payment of their claim. Crosby has performed all conditions on their part to be performed.

XI.

All and singular, the premises are true and correct and within the admiralty and maritime jurisdiction of the United States and this Honorable Court.

**WHEREFORE**, Plaintiff Crosby Tugs, L.L.C. prays:

1) that process in due form of law according to the course and practice of this Honorable Court in causes of admiralty and maritime jurisdiction may issue against the MISSISSIPPI QUEEN and its appurtenances, whether the same be aboard or ashore, and that all persons claiming any interest in said vessel be cited to appear and answer the matters aforesaid, and that the vessel be condemned and sold, free and clear of all liens, to pay the demands and claims aforesaid, together with attorney's fees, interests, and costs;

2) that Plaintiff's Lien be duly recognized as a subsisting first upon the MISSISSIPPI QUEEN and its appurtenances and superior to the interests, liens, or claims of any and all other persons, firms, or corporations whatsoever, except such persons, firms, or corporations as may hold superior preferred maritime liens on the said vessel;

3) that this Court shall direct the manner in which actual notice of the commencement of this action to foreclose shall be given by Plaintiff to those persons, firms, or corporations who may have recorded preferred liens on the said vessel;

4) that judgment be rendered in favor of the Plaintiff Crosby Tugs, L.L.C. and against the MISSISSIPPI QUEEN and her appurtenances, *in rem* and against Argosy Boat Co., L.L.C., *in personam*, jointly and *in solido,* in the principal sum of $422,797.50; plus prejudgment interest as the court deems reasonable until paid; and additional charges to include but not limited to all costs of collection, costs of these proceedings, and reasonable attorney's fees; and

5) that in due course, the MISSISSIPPI QUEEN be ordered sold and that the proceeds of that sale be applied to the amounts owing Plaintiff.

Respectfully submitted on April 7, 2011.

        WAITS, EMMETT & POPP, L.L.C.

        s/Jordan N. Teich
        JOHN F. EMMETT  (1861) T.A.
        RANDOLPH J. WAITS (13157)
        MATTHEW F. POPP  (24608)
        JORDAN N. TEICH (32254)
        1515 Poydras Street, Suite 1950
        New Orleans, Louisiana  70112
        Telephone:    (504) 581-1301
        Facsimile:     (504) 585-1796
        E-mail:          jteich@wep-law.com

        ATTORNEYS FOR CROSBY TUGS, L.L.C., PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that to the best of my knowledge all counsel of record consent to and participate in receiving electronic notification from the CM/ECF system, and that the Clerk of the Court for the Eastern District of Louisiana, using the CM/ECF system, will electronically send notification of the filing of this pleading to all counsel of record.

        /s/Jordan N. Teich
        JORDAN N. TEICH

**PLEASE SERVE:**

1) **MISSISSIPPI QUEEN** at:
   100 Michel Road
   Pierre Part, LA  70339

2) **ARGOSY BOAT CO., L.L.C.**
   100 Michel Road
   Pierre Part, LA  70339